UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-1875-MWF (MRWx)**                               Dated: June 5, 2017

Title:     Jonathan Chuang v. Dr. Pepper Snapple Group, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Connie Lee | Lisa M. Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

Stephen Gardner                                Charles C. Cipos


PROCEEDINGS:  MOTION TO REMAND [27]

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   CL

-1-                              00:02   min