1 | RICHMAN LAW GROUP
2 | Jaimie Mak (Of Counsel, SBN: 236505)
3 | Kim E. Richman (*Pro Hac Vice* forthcoming)
  | *krichman@richmanlawgroup.com*
4 | 81 Prospect Street
5 | Brooklyn, NY 11201
6 | (718) 705-4579 (office)
7 | (718) 228-8522 (fax)

8 | STANLEY LAW GROUP
9 | Matthew J. Zevin (SBN: 170736)
  | *mzevin@aol.com*
10 | 10021 Willow Creek Road, Suite 200
11 | San Diego, California 92131
12 | (619) 235-5306 (office)
13 | (815) 377-8419 (fax)

14 | *Attorneys for Plaintiff and the Proposed Class*
15 | [additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHUANG, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DR PEPPER SNAPPLE GROUP, INC., et al., <br><br> Defendants. | Case No. 2:17-cv-01875-MWF-MRW <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint filed: February 6, 2017 <br> Case removed: March 8, 2017 <br> Hon. Michael W. Fitzgerald |

Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff JONATHAN CHUANG ("Plaintiff") and Defendants DR PEPPER SNAPPLE GROUP, INC., MOTT'S, LLP, and GENERAL MILLS, INC. ("Defendants") hereby notify the Court that they have reached a settlement in principle. The parties are formalizing a settlement agreement, and Plaintiff intends to file a formal notice of dismissal with prejudice within the next two weeks. The parties respectfully request that all pending case management deadlines be stayed pending documentation of the settlement and dismissal.

Dated: October 25, 2017   **STANLEY LAW GROUP**

/s/Matthew J. Zevin

Matthew J. Zevin
*mzevin@aol.com*
10021 Willow Creek Road, Suite 200
San Diego, California 92131
(619) 235-5306 (office)
(815) 377-8419 (fax)
*Attorneys for Plaintiff and the Proposed Class*

**PERKINS COIE LLP**

/s/Charles Sipos

Charles Sipos, *pro hac vice*
Elvira Castillo, *pro hac vice*
CSipos@perkinscoie.com
ECastillo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| 2 | DBiderman@perkinscoie.com |
| 3 | Oliver M. Gold, Bar No. 279033, *pro hac vice* |
|   | OGold@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| 5 | 1888 Century Park E., Suite 1700 |
| 6 | Los Angeles, CA 90067-1721 |
|   | Telephone: 310.788.9900 |
| 7 | Facsimile: 310.843.1284 |

*Attorneys for Defendants Dr Pepper Snapple Group, Inc., Mott's, LLP, and General Mills, Inc.*

Pursuant to Local Rule 5-4.3.4, the undersigned hereby attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

**STANLEY LAW GROUP**

/s/Matthew J. Zevin
Matthew J. Zevin