UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 17-1875-MWF(MRWx)**                    Dated: **October 26, 2017**

Title:        Jonathan Chuang -v- Dr. Pepper Snapple Group, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                        None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE

        In light of the Notice of Settlement filed October 25, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 27, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

        **IT IS SO ORDERED.**

MINUTES FORM 90                                Initials of Deputy Clerk   __cw__
CIVIL - GEN