1  RICHMAN LAW GROUP
2  Jaimie Mak (Of Counsel, SBN: 236505)
3  Kim E. Richman (*Pro Hac Vice* forthcoming)
   *krichman@richmanlawgroup.com*
4  81 Prospect Street
5  Brooklyn, NY 11201
6  (718) 705-4579 (office)
7  (718) 228-8522 (fax)

8  STANLEY LAW GROUP
9  Matthew J. Zevin (SBN: 170736)
   *mzevin@aol.com*
10 10021 Willow Creek Road, Suite 200
11 San Diego, California 92131
12 (619) 235-5306 (office)
13 (815) 377-8419 (fax)

14 *Attorneys for Plaintiff and the Proposed Class*
15 [additional counsel on signature page]

16                    **UNITED STATES DISTRICT COURT**
17                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN CHUANG, on behalf of himself and all others similarly situated, | Case No. 2:17-cv-01875-MWF-MRW |
| | **STIPULATION OF DISMISSAL** |
| Plaintiff, | FED. R. CIV. P. 41(a)(1)(A)(ii) |
| v. | |
| DR PEPPER SNAPPLE GROUP, INC., et al., | Complaint filed: February 6, 2017<br>Case removed: March 8, 2017<br>Hon. Michael W. Fitzgerald |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed as follows:

The individual claims of Plaintiff JONATHAN CHUANG against defendants General Mills, Inc., Dr. Pepper Snapple Group, Inc. and Mott's LLP shall be dismissed with prejudice, with each party to bear its own costs and fees, and the claims of the absent class members shall be dismissed without prejudice.

Dated: November 25, 2017     **STANLEY LAW GROUP**

/s/Matthew J. Zevin

Matthew J. Zevin
*mzevin@aol.com*
10021 Willow Creek Road, Suite 200
San Diego, California 92131
(619) 235-5306 (office)
(815) 377-8419 (fax)
*Attorneys for Plaintiff and the Proposed Class*

**PERKINS COIE LLP**

/s/Charles Sipos

Charles Sipos, *pro hac vice*
Elvira Castillo, *pro hac vice*
CSipos@perkinscoie.com
ECastillo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

1

STIPULATION OF DISMISSAL     Case No. 2:17-cv-01875-MWF-MRW

David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Oliver M. Gold, Bar No. 279033, *pro hac vice*
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.843.1284

*Attorneys for Defendants*
*Dr Pepper Snapple Group, Inc., Mott's, LLP, and General Mills, Inc.*

Pursuant to Local Rule 5-4.3.4, the undersigned hereby attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

**STANLEY LAW GROUP**

/s/Matthew J. Zevin
Matthew J. Zevin